**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6811**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANTHONY RAVON RUFFIN,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Fox, Senior District Judge. (4:06-cr-00074-F-1)

---

Submitted: October 18, 2016        Decided: October 21, 2016

---

Before WILKINSON, KING, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Ravon Ruffin, Appellant Pro Se. Eric David Goulian, William Glenn Perry, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Ravon Ruffin appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ruffin</u>, No. 4:06-cr-00074-F-1 (E.D.N.C. June 3, 2016). Ruffin's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>